```
                              ┌─────────────────────────────┐
                              │           FILED             │
                              │      October 14, 2010       │
                              │   CLERK, US DISTRICT COURT  │
                              │    EASTERN DISTRICT OF      │
                              │        CALIFORNIA           │
                              ├─────────────────────────────┤
                              │        DEPUTY CLERK         │
                              └─────────────────────────────┘
```

## UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           )
                                    )        Case No. 2:10MJ00297-EFB
                Plaintiff,          )
v.                                  )        ORDER FOR RELEASE OF
                                    )        PERSON IN CUSTODY
GARY R. BENEDICT,                   )
                                    )
                Defendant.          )
_____)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   GARY R. BENEDICT  , Case No.

2:10MJ00297-EFB   , Charge   21USC § 841(b)(2)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    ✔    Bail Posted in the Sum of $ 50,000.00

            __    Unsecured Appearance Bond

            __    Appearance Bond with 10% Deposit

            __    Appearance Bond with Surety

            __    Corporate Surety Bail Bond

            ✔    (Other)    Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  October 14, 2010   at  10:54 am  .


                         By   /s/ Gregory G. Hollows
                              Gregory G. Hollows
                              United States Magistrate Judge

Copy 5 - Court